**In re Nathan A. SHULMAN, Bankrupt.**
**M. LOWENSTEIN & SONS, Inc., Appellee, v. Nathan A. SHULMAN, Appellant.**

No. 132.

Circuit Court of Appeals, Second Circuit.

Nov. 2, 1936.

Max Rockmore, of New York City, for appellant.

Louis Boehm, of New York City (Gabriel Rubino and S. C. Stember, both of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on authority of In re Gurney, 71 F.(2d) 144 (C.C.A.2).